IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DEVIN LADARIOUS ARRINGTON**                        **PETITIONER**

V.                                                         **NO. 3:21-CV-00064-MPM-DAS**

**MDOC**                                          **RESPONDENT(S)**

**ORDER**

Devin LaDarious Arrington has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 29th day of March, 2021.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE