IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DEVIN LADARIOUS ARRINGTON                                    PETITIONER

V.                                              NO. 3:21-CV-00064-MPM-DAS

MDOC                                                          RESPONDENT

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondent's motion to dismiss [9] is **GRANTED**, and the instant petition is **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**.

**SO ORDERED** this, the 8th day of September, 2021.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI